# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS FIORENZA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-581-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 12)** |
| **FILED:** | **November 9, 2006** |

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> So that an administrative law judge (ALJ) may further evaluate the case. Upon remand, the case will be assigned to a different ALJ who will be instructed to: re-evaluate opinion evidence from Richard Smith, M.D.; re-evaluate Plaintiff's residual functional capacity; re-evaluate Plaintiff's subjective allegations, and if deemed credible, incorporate the credible limitations into the residual functional capacity finding; re-evaluate the severity and functional effects of Plaintiff's depressive disorder; elicit testimony from a vocational expert regarding the effects of Plaintiff's nonexertional limitations and other vocational factors on his ability to perform work existing in significant numbers in the national economy.

Doc. No. 12 at 1. Plaintiff Thomas Fiorenza does not oppose the motion. *Id.* The matter has been referred to me for disposition under 28 U.S.C. § 636(c).

The motion is **GRANTED** and the decision of the Commission is **REVERSED** and the case **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on November 17, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties