# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS FIORENZA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-581-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S CONSENT PETITION FOR ATTORNEY FEES (Doc. No. 18)** |
| **FILED:** | **January 12, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Thomas Fiorenza, seeks an award of attorneys' fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Pursuant to the consent of the parties, this matter was referred to me for disposition under 28 U.S.C. § 636(c). Doc. Nos. 13, 15. A final judgment reversing the decision below was entered on November 20, 2006. Doc. No. 17. An award of fees and expenses is, therefore, ripe for consideration.

Fiorenza's attorneys seeks $3,945.17 in attorneys' fees for work performed as follows: 3.6 hours of work by Attorney Richard Culbertson in 2006; and 20.5 hours of work performed by Attorney Sarah H. Bohr in 2006.  Doc. No. 18, 18-2. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI).  28 U.S.C. § 2412(d)(2)(A). Fiorenza has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $163.70 for work performed in 2006. Doc. No. 18.  This would lead to an award of $589.32 for work performed by Attorney Culbertson, and $3,355.85 for work performed by Attorney Bohr, for a total award of $3,945.17.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  Doc. No. 18.

Fiorenza also seeks $350.00 in costs for the filing fee. *Id*. The Commissioner does not oppose this cost. *Id*.  In the absence of objection, I find that this cost was necessarily incurred.

It is, therefore, **ORDERED** that Fiorenza is awarded $3,945.17 in attorney's fees and $350.00 in costs.

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties